UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHELLY S. JONES,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Commissioner of Social Security,

                Defendant.

Case No. 3:10-cv-05483-RJB-KLS

ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS AND EXPENSES PURSUANT TO 28 U.S.C. § 2412

    The Court, having reviewed plaintiff's motion for attorney fees, costs and expenses pursuant to 28 U.S.C. § 2412, the Report and Recommendation (Dkt. 39) of Judge Karen L. Strombom, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 39);

(2) Plaintiff is granted attorney fees in the amount of $18,036.80, costs in the amount of $333.60 and expenses in the amount of $166.87;

(3) Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 130 S. Ct. 2521, 560 U.S. ___ (2010), payment of this award shall be sent to plaintiff's attorney Eitan Kassel Yanich at his address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501;

(4) After the Court issues this Order, defendant will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to Astrue v.

ORDER - 1

<u>Ratliff</u>, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. Defendant agrees to contact the Department of Treasury after this Order is entered to determine whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA attorney fees and expenses are not subject to any offset, those fees and expenses will be paid directly to plaintiff's attorney Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to his address; and

(5) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 28th day of June, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2